The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA, WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR18-5579 RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING DEFENSE MOTION FOR EARLY TERMINATION OF SUPERVISION OF KAREN SURYAN |
| KAREN SURYAN, | ) | |
| Defendant. | ) | |

ORDER

THIS COURT, having considered the Stipulated Motion for Early Termination of Supervised Release for Karen Suryan and having considered that U.S. Probation supports early termination of supervision because Ms. Suryan has complied with all conditions of her supervision, NOW THEREFORE IT IS HEREBY ORDERED that supervision by U.S. Probation of Karen Suryan is terminated, effective on the date of entry of this order.

Signed this 2nd day of December, 2021.

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING DEFENSE MOTION FOR
EARLY TERMINATION OF SUPERVISION OF
KAREN SURYAN- 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797

Respectfully submitted this 1st day of December, 2021.

s/ Jennifer Horwitz
Jennifer Horwitz WSBA#23695
Attorney for KAREN SURYAN
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA  98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

ORDER GRANTING DEFENSE MOTION FOR
EARLY TERMINATION OF SUPERVISION OF
KAREN SURYAN- 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797